```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JACK MANZELLA,                                 :
                                               :
                              Plaintiff,       :
                                               :          1:19-cv-02269-GHW
              -against-                        :
                                               :                ORDER
LONG ISLAND RAILROAD COMPANY,                  :
                                               :
                              Defendant.       :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

A jury trial in this matter will begin on **Monday, June 7, 2021 at 9:00 a.m.** The jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: September 3, 2020

_____
GREGORY H. WOODS
United States District Judge